[No. 37185-5-II. Division Two. December 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER TUMEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00340-4, David E. Foscue, J., entered December 31, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37438-2-II. Division Two. December 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA SUE SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00641-1, Kenneth D. Williams, J., entered February 1, 2008. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26742-3-III. Division Three. December 11, 2008.]

DMITRIY M. SHULGAN ET AL., *Appellants*, v. THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-04057-1, Maryann C. Moreno, J., entered December 14, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 60451-1-I. Division One. December 15, 2008.]

MERRIANNE MACDONALD, *Appellant*, v. MUTUAL OF ENUMCLAW ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-11182-8, Glenna Hall, J., entered August 2, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Grosse and Leach, JJ.